## ARAB CORPORATION and Duneco, Inc., Appellants, v. William H. HUNTER et al., Appellees.

### No. 10144.

Circuit Court of Appeals, Fifth Circuit.

Oct. 12, 1942.

Arthur A. Moreno, Benjamin W. Dart, H. Grady Price, and Harry P. Gamble, Jr., all of New Orleans, La., for appellants.

R. C. Milling, L. K. Benson, and Chas. H. Blish, all of New Orleans, La., John M. Madison, of Shreveport, La., and Roland B. Howell, of Thibodaux, La., for appellees.

Before SIBLEY, HUTCHESON, and HOLMES, Circuit Judges.

## PER CURIAM.

Considering the stipulation entered into by and between counsel for appellants and counsel for appellees filed in the above entitled and numbered cause;

It is now here ordered, adjudged and decreed by this Court that the judgment of the said District Court in this cause be, and the same is hereby, reversed; and that this cause be, and it is hereby, remanded to the said District Court for further and not inconsistent proceedings;

It is further ordered, adjudged and decreed that the appellees, William H. Hunter and others, be condemned, in solido, to pay the costs of this cause in this Court, for which execution may be issued out of the said District Court.

## NATIONAL LABOR RELATIONS BOARD v. W. J. COCHRANE, d. b. a. Cochrane Laboratories.

### No. 2637.

Circuit Court of Appeals, Tenth Circuit.

Oct. 22, 1942.

Ernest P. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

A. C. Wallace, of Miami, Okl., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

## PER CURIAM.

Consent decree, enforcing the order of the Board, was entered pursuant to stipulation of the parties.